OPINION — AG — ** SIGNALS — VOLUNTEER FIREMEN — VEHICLES ** VOLUNTEER FIREMEN, MAY 'NOT' DISPLAY FLASHING RED LIGHTS ON THEIR PRIVATE AUTOMOBILES WHILE ENROUTE TO THE FIRE STATION WHEN RESPONDING TO A FIRE ALARM. (EMERGENCY VEHICLE, RED LIGHT, DEVICE, FIRE DEPARTMENTS, SIREN) CITE: 47 O.S. 1-101 [47-1-101], 47 O.S. 1-103 [47-1-103], 47 O.S. 12-227 [47-12-227], 47 O.S. 15-101 [47-15-101] (PATRICIA REDD DEMPS)